JS-6

FILED
CLERK, U.S. DISTRICT COURT
8/10/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-CENTRAL DIVISION

| | |
|---|---|
| ADA LAMELA, an individual, | Case No. 2:19-cv-10280-JAK-KS |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (DKT. 19) |
| vs. | |
| PEVONIA INTERNATIONAL, LLC, a Delaware limited liability company; and Does 1 through 100, Inclusive, | [Los Angeles County Superior Court Case No. 19STCV39880] |
| Defendants. | Complaint Filed: November 6, 2019 |

Pursuant to the parties' concurrently filed STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE and good cause appearing therefore,

IT IS HERBY ORDERED that this entire action be dismissed with prejudice, based on the settlement reached by the Parties. Each side to bear their own costs and attorney's fees.

Dated: August 10, 2020

_____
John A. Kronstadt
United States District Judge